HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILLIAM W. LOYD, | ) | Case No:  C-12-01991-LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, December 21, 2012 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: November 20, 2012 | /s/<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: November 20, 2012 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>WILLIAM W. LOYD |

IT IS SO ORDERED.

Fcvgf<"Pqxgodgt"43."4234

*[signature: Lucy H. Koh]*

HON. LUCY H. KOH
United States District Judge

STIPULATION AND ORDER        2