1  HARVEY P. SACKETT

2  **S A C K E T T**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone:  (408)295-7755
6  Facsimile:   (408)295-7444

7  Attorney for Plaintiff

8  /jgl

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  WILLIAM W. LOYD,                )  Case  No:  5:12-cv-01991-LHK
                                    )
15           Plaintiff,             )  MOTION FOR LEAVE OF COURT
                                    )  TO FILE MEMORANDUM IN EXCESS
16  v.                              )  OF TWENTY-FIVE PAGES
                                    )
17                                  )
                                    )
18                                  )
    MICHAEL J. ASTRUE,              )
19  Commissioner,                   )
    Social Security Administration, )
20                                  )
21           Defendant.             )
    _____   )
22
           TO THE DEFENDANT AND HIS ATTORNEY:
23
           PLEASE TAKE NOTICE that Plaintiff moves this court for leave to file his
24
    Memorandum in Support of Plaintiff's Motion for Summary Judgment.  The length of this
25
    Memorandum, which exceeds that permitted by Rule 220-4 of the Local Rules of the United
26
    States District Court for the Northern District of California, is necessitated by the lengthy
27

28

                                        1

administrative and judicial history of this case, and the concomitant complex number of issues which need to be addressed.

Dated:  December 12, 2012

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
WILLIAM W. LOYD

IT IS SO ORDERED.

Dated:  12/17/2012

HON. LUCY H. KOH
United States District Judge