1   MELINDA L. HAAG CSBN 132612
    United States Attorney
2   DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
3   ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
4
5       160 Spear Street, 8th Floor
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
7
8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10                      **SAN JOSE DIVISION**

11  WILLIAM W. LOYD,                    )
    SSN: XXX-XX-1304                    )    CASE NO.: 5:12-cv-01991-LHK
12                                      )
                                        )    STIPULATION AND ~~PROPOSED~~ ORDER
13               Plaintiff,             )    FOR A FIRST EXTENSION FOR
                                        )    DEFENDANT TO FILE NOTICE, MOTION,
14         v.                           )    AND MEMORANDUM IN SUPPORT OF
                                        )    CROSS-MOTION FOR SUMMARY
15  MICHAEL J. ASTRUE,                  )    JUDGMENT AND IN OPPOSITION TO
    Commissioner of                     )    PLAINTIFF'S MOTION FOR SUMMARY
16  Social Security,                    )    JUDGMENT
                                        )
17               Defendant.             )
    _____)
18
19          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 60-day extension, or until March 12, 2013, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

    Opposition to Plaintiff's Motion for Summary Judgment.
22
23          This is Defendant's first request for an extension of time in this matter. This request is made due

24  to a reassignment of work in the office of the undersigned counsel of record for the Defendant and is not

    intended to cause intentional delay.
25
26                                            Respectfully submitted,

27  Dated: January 10, 2013                   */s/ Harvey Peter Sackett*
                                              (as authorized via e-mail)
28                                            HARVEY PETER SACKETT
                                              Attorney for Plaintiff

1

2
                             MELINDA L. HAAG
3
                             United States Attorney

4 Dated: January 10, 2013          By */s/ Elizabeth Barry*
                             ELIZABETH BARRY
5
                             Special Assistant U.S. Attorney
6
                             Attorneys for Defendant

7

8                              <u>ORDER</u>

9 PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 DATED:__January 14, 2013_____    _____

11                              LUCY H. KOH
                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28