MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM W. LOYD,<br>SSN: XXX-XX-1304<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: 5:12-cv-01991-LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 60-day extension, or until March 12, 2013, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

     This is Defendant's first request for an extension of time in this matter. This request is made due to a reassignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

                                        Respectfully submitted,

Dated: January 10, 2013         */s/ Harvey Peter Sackett*
                                        (as authorized via e-mail)
                                        HARVEY PETER SACKETT
                                        Attorney for Plaintiff

|   |   |
|---|---|
|   | MELINDA L. HAAG |
|   | United States Attorney |
| Dated: January 10, 2013 | By */s/ Elizabeth Barry* |
|   | ELIZABETH BARRY |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 14, 2013

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE